# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MICHAEL BIDDY**  **PETITIONER**
**REG. # 42340-074**

v.  No. 2:12-cv-108-DPM

**T.C. OUTLAW**
**Warden, FCI-Forrest City**  **RESPONDENT**

## JUDGMENT

Biddy's petition for a writ of habeas corpus is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2012